**SLIP OP. 00-76**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| HOLLAND HITCH CO., | : | |
| | : | COURT NO. 98-05-02133 |
| Plaintiff, | : | |
| | : | WATSON, Senior Judge |
| v. | : | |
| | : | |
| UNITED STATES: | : | |
| | : | |
| Defendant. | : | |
| ———————————————— | : | |

**FINAL JUDGMENT ORDER**

Upon reading plaintiff's motion for partial summary judgment, upon consideration of

defendant's response and consent to final judgment regarding plaintiff's principal classification under

subheading 8708.99.80, HTSUS, for parts and accessories of motor vehicles, and defendant's consent

to duty-free treatment of the entry covered by this action under this classification pursuant to the

Automotive Products Trade Act ("APTA"), upon consideration of other papers and proceedings had

herein, it is hereby:

**ORDERED** that this final judgment for plaintiff is to be entered by the Clerk of the Court, and

it is further

**ORDERED** that the Customs Service shall reliquidate entry number 144-3488499-6, under

subheading 8708.99.80, HTSUS, providing for duty-free treatment under the APTA, and make refund

with any interest provided for by law.

DATED: This 5th day of July, 2000          ————————————————————

**JAMES L. WATSON**

Senior Judge